■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL DIAZ, Appellant. [656 NYS2d 859] —Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered May 27, 1994, convicting defendant, after a nonjury trial, of manslaugh-

ter in the first degree and criminal possession of a weapon in the fourth degree, and sentencing him to concurrent prison terms of $12^1/2$ to 25 years and 1 year, respectively, unanimously affirmed.

The record establishes that the *Miranda* warnings read to defendant conveyed the requisite information (*see, People v Sirno*, 151 AD2d 621, 623, *affd* 76 NY2d 967) and that defendant understood the immediate import of the *Miranda* warnings read to him (*People v Williams*, 62 NY2d 285). We perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.